SO ORDERED.

Dated: April 06, 2011

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-06378

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert Anthony Gallego, Jr. and Julie Ann Gallego<br>     Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>          Movant,<br>     vs.<br><br>Robert Anthony Gallego, Jr. and Julie Ann Gallego, Debtors, Roger W. Brown, Trustee.<br><br>          Respondents. | No. 2:11-bk-00398-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #22) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 16, 2007 and recorded in the office of the Bernalillo County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Robert Anthony Gallego, Jr. and Julie Ann Gallego have an interest in, further described as:

> Lot numbered Twenty-three (23) in Block numbered Seven (7) of BUTTERFIELD II, a Replat of a portion of Tracts "B", "C-2" and "D" of Montano Acres, together with a Portion of Tract "4-B", Taylor Ranch Swim and Tennis Club, City of Albuquerque, Bernalillo County, New Mexico, as the same is shown and designated on the map of said Subdivision, filed in the office of the County Clerk of Bernalillo County, New Mexico, on May 6, 1983.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.